*Michael C. Ford,* for appellees.

## 65952. GRAND UNION COMPANY v. HARRIS.

SHULMAN, Chief Judge.

After consideration of the entire record in the above styled case, we conclude that the application for interlocutory appeal in this case was improvidently granted and the appeal is, therefore, dismissed.

*Appeal dismissed. McMurray, P. J., and Birdsong, J., concur.*

DECIDED JUNE 15, 1983 —
REHEARING DENIED JUNE 30, 1983 —

*Thurman E. Duncan, Marc E. Acree,* for appellant.
*R. Michael Key,* for appellee.